REDACTED

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-369 DWF

UNITED STATES OF AMERICA,

Plaintiff,

v.

QUANG SI VIET LE,

Defendant,

and

TELECHECK - FIRST DATA,

Garnishee.

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Quang Si Viet Le, Social Security Number, XXX-XX-4517, with the last known address of XXXXXX, Manvel, TX 77578.

The judgment was entered on April 25, 2002, for monetary impositions. The judgment was entered in the amount of $132,143.90, plus costs.

As of April 15, 2008, after applying payments, if any, the balance on this judgment debt was $90,066.90 in principal, plus costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from February 24, 2026, at a rate of 0% per annum.

SCANNED
APR 23 2008
U.S. DISTRICT COURT ST. PAUL

Writ Issued 4/23/08

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Telecheck - First Data
5251 Westheimer Road
Houston, TX 77056

Dated: April 16, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600