**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 01-369(1) (DWF)

Plaintiff,

v. **GARNISHMENT ORDER**

Quang Si Viet Le,

Defendant,

Telecheck - First Data,

Garnishee.

---

Mary L. Trippler, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Robert D. Sicoli, Esq., Law Offices of Robert D. Sicoli, Ltd., counsel for Defendant.

Telecheck - First Data, *Pro Se*, Garnishee.

---

A Writ of Garnishment was duly issued by this Court and personally served on the Garnishee and on the Defendant. At the request of the United States,

**IT IS ORDERED** that the Writ of Garnishment issued on April 22, 2008, is hereby released.

Dated: May 16, 2008

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court