**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Quang Si Viet Le,

Defendant,

Bank of America,

Garnishee.

Criminal No. 01-369(1) (DWF)

**GARNISHMENT ORDER**

---

Mary L. Trippler, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Robert D. Sicoli, Esq., Law Offices of Robert D. Sicoli, Ltd., counsel for Defendant.

Bank of America, *Pro Se*, Garnishee.

---

A Writ of Garnishment was duly issued by this Court and personally served on the Garnishee and on the Defendant. At the request of the United States,

**IT IS ORDERED** that the Writ of Garnishment issued on April 22, 2008, is hereby released.

Dated: May 16, 2008

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court