USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>01-369 DWF |
| DEFENDANT<br>QUANG SI VIET LE | TYPE OF PROCESS<br>bank Garnishment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BANK OF AMERICA
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
700 Louisiana, Houston, TX 77002

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorney's Office
Mary Trippler, AUSA
300 South Fourth Street, 600 U.S. Courthouse
Minneapolis, MN 55415
(612) 664-5600

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

*******SERVE GARNISHEE FIRST*******

RECEIVED
MAY 22 2008
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

08 MAY -5 PM 1:25

2008 MAY 12 P 2:43

2008 APR 30 P 3:55

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Nancy Lalor | ☒ PLAINTIFF<br>☐ DEFENDANT | 612-664-5656 | 4/30/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 79 | K Schmidt | 5/1/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Janet W. Taylor, Assistant Vice President

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 5/6/08 Time: 9:15 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: Ru Baker

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

Served in Person: Janet W. Taylor, Assistant Vice President, BoA (713)222-3105

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

SCANNED
MAY 23 2008
U.S. DISTRICT COURT MPLS

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

PLAINTIFF
United States of America

COURT CASE NUMBER
01-369 DWF

DEFENDANT
QUANG SI VIET LE

TYPE OF PROCESS
wage & bank Garnishments

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
QUANG SI VIET LE (832-453-0816 or 832-660-3603)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3426 Aspen Lake Drive, Manvel, TX 77578 (or 7302 Burning Tree, Houston, TX 77036)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorney's Office
Mary Trippler, AUSA
300 South Fourth Street, 600 U.S. Courthouse
Minneapolis, MN 55415
(612) 664-5600

Number of process to be served with this Form 285: 2

Number of parties to be served in this case: 1

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Fold

*******SERVE DEFENDANT LAST*******

Signature of Attorney other Originator requesting service on behalf of: Narcy Lais

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 612-664-5656

DATE: 4/30/08

RECEIVED 2008 MAY 12 P 12:13 U.S. MARSHALS SERVICE

2008 APR 30 ... U.S. MARSHAL

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 79 | [signature] | 5/1/08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
5251 Westheimer Rd
Houston TX 77056

TMB

Date: 5/6/08

Time: 3:00 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy: [signature] Baker

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

Served in Person at WorkSite: Telecheck/First Data 5251 Westheimer Rd Houston TX, 77056

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

REDACTED

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-369 DWF

UNITED STATES OF AMERICA,
Plaintiff,
v.
QUANG SI VIET LE,
Defendant,
and
BANK OF AMERICA,
Garnishee.

WRIT OF GARNISHMENT

2008 APR 30 P 4:55
RECEIVED
US MARSHALS
MN ST

TO: Bank of America, 700 Louisiana, Houston, TX 77002

An application for a Writ of Garnishment against property of the above-named defendant, Quang Si Viet Le, has been filed with this Court by the United States of America.

A judgment was entered in favor of the United States of America and against the defendant on April 25, 2002, for $132,143.90. As of April 15, 2008, the balance on this judgment debt was $90,066.90 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from April 15, 2008, at the rate of 0% per annum.

You, Bank of America, the garnishee, are required by law to immediately withhold and retain any property in your custody, control or possession in which the judgment debtor, Quang Si Viet Le, has a substantial non-exempt interest. It is unlawful for you

to pay or deliver to the defendant any item attached by this Writ. You are to take this action pending further order of the above-referenced court.

Under the law, there is property which is exempt from this Writ of Garnishment. A listing of such property is enclosed (see Claim for Exemption Form).

You, the garnishee, are required by law to answer this Writ of Garnishment, in writing, under oath, within ten (10) days of your receipt of this Writ. In the Answer of the Garnishee, you must indicate whether you have in your custody, control, or possession, property in which this judgment debtor has a substantial non-exempt interest, providing a description of such property and an indication of the judgment debtor's interest in it. You, the garnishee, are required by law to mail or deliver in person, within 10 days, the original, signed and notarized Answer of the Garnishee to the Clerk of the United States District Court, 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. Additionally, you are required by law to mail or deliver in person a copy of the completed Answer of the Garnishee to the debtor, at Quang Si Viet Le, XXXX, Manvel, TX 77578; and to counsel for the United States, at the United States Attorney's Office, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

If you fail to answer this Writ of Garnishment, or if you fail to withhold property in accordance with this Writ, the United

States of America may petition the Court for an order requiring you to appear before said Court and show good cause why you failed to comply with this Writ. Failure to appear before the Court or failure to show good cause for your noncompliance with this Writ may result in the Court entering a judgment against you. That judgment would be in the amount of the judgment debtor's nonexempt interest in the property in your custody, control or possession that is subject to this garnishment, up to the outstanding debt balance, plus attorney fees.

Authorized By:

Date: April 22, 2008

Judge
United States District Court
District of Minnesota

Issued By:
Richard Sletten, Clerk
United States District Court
District of Minnesota

Date: 4/23/08

Deputy Clerk

REDACTED

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-369 DWF

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUANG SI VIET LE,<br><br>Defendant,<br><br>BANK OF AMERICA,<br><br>Garnishee. | ) | CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT |

You are hereby notified that your bank accounts are being garnished by the United States of America, which obtained a judgment on April 25, 2002 in the sum of $132,143.90, plus interest and costs as a result of criminal monetary impositions. As of April 15, 2008, a balance of $90,066.90 in principal, plus interest, costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due remained outstanding on this debt.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you, Quang Si Viet Le, can show that the exemptions apply. Enclosed is a summary of the major exemptions which apply in most situations.

If you are Quang Si Viet Le, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the enclosed exemptions

or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. If you wish, you may use this notice to request the hearing by checking the box below and mailing this notice to the Clerk of the United States District Court in Minneapolis, Minnesota. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request

in writing, and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer of your choosing or an office of public legal assistance. The Clerk of Court is not permitted to give legal advice.

Dated: 4/23/08

RICHARD SLETTEN
CLERK, UNITED STATES DISTRICT COURT

BY: ______________________
Deputy Clerk

____ Check here if you believe the Government has taken exempt property under this process, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

____ Check here if you believe you do not owe the Government the debt stated in this notice, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

Note, you do not need a hearing to get this proceeding transferred to the Federal District in which you reside. Review this notice carefully.